IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LOGAN ANDERSON<br><br>      Defendant. | 8:19-CR-184<br><br>ORDER |

  This matter is before the Court on Defendant's Motion to Continue Self Surrender Date. Filing 83.

IT IS ORDERED:

1. Defendant's Motion to Continue Self-Surrender Date (Filing 83) is granted.

2. Defendant shall report to the institution designated by the Bureau of Prisons no earlier than Monday, November 16, 2020 at 2:00 p.m.

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 4th day of September, 2020.

                 BY THE COURT:

                 _____
                 Brian C. Buescher
                 United States District Judge